1 | MCGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

ANDY R. CAMACHO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone (202) 307-1481

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2:08-cv-1133-JAM-EFB |
| Plaintiff, | |
| v. | Stipulation and Order for Entry of Judgment |
| PATRICIA L. KALFSBEEK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the United States of America and Patricia L. Kalfsbeek, by and through undersigned counsel, as follows:

1. This is an action by the United States to reduce to final judgment federal income tax assessments, interest, and penalties against Patricia L. Kalfsbeek for the tax years 1992 through 1995.

2. Defendant, Patricia L. Kalfsbeek, does not dispute nor seek to challenge the federal tax assessments for the tax years at issue. Therefore, the parties respectfully request that final judgment be entered in favor of the United States and against Defendant, Patricia L, Kalfsbeek, as follows:

> As to the United States' claim for relief to Reduce Federal Tax Assessments to Judgment in its complaint, judgment is entered in favor of the United States and against Defendant Patricia L. Kalfsbeek for unpaid federal income taxes (Form 1040), interest, and penalties for tax years 1992 through 1995, inclusive, in the amount of $73,161.03, calculated through July 1, 2008, plus interest pursuant to 26 U.S.C. § 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) and other accruals as allowed by law until paid in full.

1

3. The parties are to bear their own fees and costs resulting from this action.

Dated this __ day of _____, 2008.

      MCGREGOR W. SCOTT
      United States Attorney

_____
ANDY R. CAMACHO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-1481

*Attorneys for the United States*

Dated this __ day of _____, 2008.

_____
Robert Rubin
McDonough Holland & Allen PC
555 Capitol Mall 9FL
Sacramento, CA, 95814-4692

*Attorney for Patricia L. Kalfsbeek*

**IT IS SO ORDERED.**

DATED: August 20, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

- 2 -